

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Mark Eugene Engle, Appellant

No. 06-14-00239-CR      v.

The State of Texas, Appellee

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 29,110). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

      As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

      We note that the appellant, Mark Eugene Engle, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 3, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk